IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SAUNDERS,

    Plaintiff,                      No. 2:10-cv-02559 GEB KJN PS

    v.

THE COUNTY OF SACRAMENTO, CALIFORNIA; THE LAW OFFICES OF ELAINE VAN BEVEREN; ELAINE VAN BEVEREN, Individually,

    Defendants.             ORDER
_____/

        A status (pretrial scheduling) conference in this action is set to take place on October 20, 2011.[1] (See Minute Order, Aug. 31, 2011, Dkt. No. 24; Order and Findings and Recommendations, July 13, 2011, at 20, Dkt. No. 22.) On October 4, 2011, plaintiff filed his Second Amended Complaint (Dkt. No. 27) pursuant to the court's September 6, 2011 order (Dkt. No. 25). Because the undersigned is required to screen plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2) (see Order and Findings and Recommendations, July 13, 2011, at 20), the status (pretrial scheduling) conference is continued to allow time for such screening, the possible service of the Second Amended Complaint on defendant County of

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Sacramento if appropriate, and the possible filing of pleadings-based motions pursuant to Federal Rule of Civil Procedure 12.

Accordingly, IT IS HEREBY ORDERED that the status (pretrial scheduling) conference presently set for October 20, 2011, is continued to December 8, 2011, at 10:00 a.m., in Courtroom 25.

IT IS SO ORDERED.

DATED: October 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE