IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SAUNDERS,

    Plaintiff,

v.

THE COUNTY OF SACRAMENTO, CALIFORNIA; THE LAW OFFICES OF ELAINE VAN BEVEREN; ELAINE VAN BEVEREN, Individually,

    Defendants.

No. 2:10-cv-02559 GEB KJN PS

ORDER

On October 12, 2011, plaintiff filed a document entitled "Objections to Magistrate Judge's Order In Re Plaintiff's Allegation of Judicial Bias," and noticed a hearing before the undersigned on October 20, 2011 (Dkt. No. 31).[1] Although unclear in most respects, plaintiff's "objections" do not actually seek any concrete relief relative to the undersigned's order entered September 29, 2011, which addressed plaintiff's allegation of judicial bias (Dkt. No. 26). Instead, plaintiff's objections more directly address proposed findings and recommendations that the undersigned filed on July 13, 2011 (Dkt. No. 22), which were fully adopted by the district judge assigned to this case on September 6, 2011 (Dkt. No. 25).

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1   Accordingly, IT IS HEREBY ORDERED that the October 20, 2011 hearing
2 noticed by plaintiff is vacated.
3   IT IS SO ORDERED.
4 DATED: October 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2